■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN WRIGHT, Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered February 27, 1990, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the sentence is modified, on the law, by vacating the provision thereof which requires the defendant to make restitution in the amount of $40 to the Rockland County Narcotics Task Force; as so modified, the judgment is affirmed *(see, People v Rowe,* 152 AD2d 907, *affd* 75 NY2d 948). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.